IH-32

Rev: 2014-1

# United States District Court
### for the
## Southern District of New York
### Related Case Statement

### Full Caption of Later Filed Case:

Robert McGrath

| Plaintiff | Case Number |
| --- | --- |
| vs. | 26 Civ. 5466 |
| City of New York | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

UBER TECHNOLOGIES, INC., and UBER USA, LLC,

| Plaintiff | Case Number |
| --- | --- |
| vs. | 26 CIV. 04893 |
| CITY OF NEW YORK, | |
| Defendant | |

IH-32                                                                                      Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiff Robert McGrath and the plaintiff in the earlier case (Uber) both bring constitutional challenges to Local Law 52 of 2026 seeking declaratory and injunctive relief.  Both plaintiffs allege that Local Law 52 violates the U.S. Constitution, although on different grounds.  There are common issues of law and fact between both actions including the interpretation of Local Law 52 as it applies to riders and drivers.

Signature: /s/ David Kasell          Date: 6/28/2026

Firm: Kasell Law Firm