UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT MCGRATH,

     *Plaintiff,*

     – against –

CITY OF NEW YORK,

     *Defendant.*

-------------------------------------------------------------------X

26 Civ. 5466

## PLAINTIFF'S NOTICE OF MOTION
## FOR PRELIMINARY INJUNCTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Robert McGrath, the Complaint, and all prior papers and proceedings herein, Plaintiff Robert McGrath, by his undersigned counsel, David Kasell of Kasell Law Firm, will move this Court, the United States District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 65:

> (1) preliminarily enjoining the enforcement of Local Law 52 of 2026, which violates Plaintiff's rights under the First and Fourteenth Amendments to the United States Constitution, and staying the effective date of Local Law 52 of 2026 pending resolution of its unconstitutionality, and

> (2) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), answering papers, if any, shall be served within fourteen days after service of these moving papers.

1

2

Dated: June 28, 2026
        Long Island City, New York

                                        **KASELL LAW FIRM**

                                        By: /s/ *David Kasell*
                                        David Kasell, Esq.
                                        *Attorney for Plaintiff Robert McGrath*
                                        1038 Jackson Avenue, Suite #4
                                        Long Island City, New York 11101
                                        Office: (718) 404-6668
                                        Email: david@kaselllawfirm.com

2