Kasell Law Firm
Corporate Service

**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, SOUTHERN DISTRICT OF**
**NEW YORK**

**AFFIRMATION OF SERVICE**

Index No : **1:26-cv-05466**

| | |
|---|---|
| Plaintiff(s): | **ROBERT MCGRATH** |
| Defendant(s): | **CITY OF NEW YORK** |

**Musab Nassar**, the undersigned, affirms that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **06/30/2026** at **2:50 PM**, I served the within **SUMMONS IN A CIVIL ACTION, RELATED CASE STATEMENT, CIVIL COVER SHEET, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, PLAINTIFFS NOTICE OF MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS MOTION FOR A PRELIMINARY INJUNCTION, AND DECLARATION OF ROBERT MCGRATH IN SUPPORT OF PLAINTIFFS MOTION FOR A PRELIMINARY INJUNCTION** on **CITY OF NEW YORK** at **100 CHURCH STREET, NEW YORK, NY 10007** in the manner indicated below:

By delivering thereat a true copy of each to **A Goebler** personally. I knew said corporation/partnership/trust/LLC so served to be the corporation/partnership/trust/LLC described as said Defendant(s) and knew said individual to be **INTAKE SPECIALIST** thereof.

The perceived description of the person the document(s) we left with or the person spoken to is as follows:

| Perceived Gender | Perceived Race | Hair | Age (Approx) | Height (Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Male | White | Black | 35-50 | 5ft 9in - 6ft 0in | 181-200 lbs. |
| Other Features: **Wears glasses** | | | | | |

I affirm this 30th day of June, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X _____

Musab Nassar
License#: 2045119
SERVE INDEX LLC
PO Box 90105
Brooklyn, NY 11209
1-888-994-6339
DCA License#: 2083663
Job #: **1909100**
*Notary Not Required Pursuant To N.Y. CPLR 2106*





*1909100*