UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/7/2026

|  |  |  |  |
|---|---|---|---|
| ROBERT MCGRATH, | : | | |
| | : | | |
| Plaintiff, | : | 1:26-cv-5466-GHW | |
| | : | | |
| -v- | : | ORDER | |
| | : | | |
| CITY OF NEW YORK, | : | | |
| | : | | |
| Defendant. | : | | |
| | : | | |

------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff filed the complaint in this action and a motion for a preliminary injunction on June 28, 2026.  Dkt. Nos. 1, 5.  Plaintiff served the summons, complaint, and preliminary injunction motion on the City on June 30, 2026.  Dkt. Nos. 9–10.  The City's opposition to the preliminary injunction motion is due no later than July 17, 2026.  Plaintiff's reply, if any, is due one week after service of the City's opposition.  The Court will hold a hearing regarding the preliminary injunction motion on July 27, 2026 at 2:00 p.m. in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Plaintiff is directed to serve a copy of this order the City and to retain proof of service.

SO ORDERED.

Dated: July 7, 2026
       New York, New York

_____
GREGORY H. WOODS
United States District Judge