USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/10/2026

# Kasell Law Firm

## MEMORANDUM ENDORSED

July 9, 2026

VIA ECF

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
500 Pearl Street, Courtroom 12C
New York, New York 10007

**Re:    McGrath v. City of New York, No. 1:26-cv-05466 (S.D.N.Y.)**

Judge Woods:

I respectfully write on behalf of Plaintiff Robert McGrath to seek guidance regarding the upcoming hearing scheduled for July 27, 2026, at 2:00 p.m. in Courtroom 12C on Plaintiff's motion for a preliminary injunction (CM/ECF No. 11).

*First*, I respectfully inquire whether the upcoming proceeding will constitute a fact-finding hearing requiring the personal attendance and testimony of Plaintiff Robert McGrath. Mr. McGrath is employed and, if his presence will be required, would appreciate advance notice so that he may make the necessary arrangements with his employer.  Plaintiff has already submitted a sworn declaration (CM/ECF No. 7), which I submit is sufficient for purposes of the motion for a preliminary injunction.

*Second*, if Mr. McGrath's personal attendance will not be required, I respectfully request that I be permitted to appear remotely. I have multiple sclerosis and utilize a heavy motorized wheelchair. I submit that virtual appearance would be a reasonable accomadation for this disability as it would otherwise need to obtain a driver. I believe that a virtual hearing would allow me to fully and effectively in the proceeding.

I also respectfully submit that allowing counsel to appear remotely, if consistent with the Court's practices and the nature of the proceeding, would not prejudice any party.

I appreciate the Court's consideration of these requests and thank the Court for its time and attention.

1038 Jackson Avenue #4 • Long Island City, NY 11101

Phone 718.404.6668

# Kasell Law Firm

Respectfully submitted,

**Kasell Law Firm**

By: /s/ *David M. Kasell*
David M. Kasell
*Attorneys for Plaintiffs*
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: david@kaselllawfirm.com

The request to appear remotely is denied without prejudice. If counsel is unable to appear in person, he may renew his request. To the extent that the request is made to reduce the burden of appearing in person, rather than because counsel is unable to appear, the request is denied.

The Court takes no position regarding the nature of the evidence that any party may wish to present in connection with the scheduled hearing. To the extent that any party wishes to introduce live testimony at the hearing in addition to the parties' written submissions, the Court expects that such testimony will be offered in person, rather than by remote means.

SO ORDERED.

Dated: July 10, 2026

_____
GREGORY H. WOODS
United States District Judge