

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2026

## MEMORANDUM ENDORSED

### THE CITY OF NEW YORK
### LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Steven Banks**
*Corporation Counsel*

**Taylor Anvid**
phone: (212) 356-2196
email: tanvid@law.nyc.gov

July 13, 2026

**By ECF**
The Gregory H. Woods
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Robert McGrath v. City of New York,* 26-cv-05466 (GHW)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks Corporation Counsel of the City of New York, attorney for Defendant City of New York ("City" or "Defendant") in the above-referenced action. I submit this letter to request an extension of time to respond to the Complaint. The City's answer is currently due on July 21, 2026. This is the City's first request for an extension and Plaintiff does not consent to this request.

On June 30, 2026, Plaintiff served the Complaint, along with a motion for a preliminary injunction, seeking to enjoin Local Law 52 of 2026. Thereafter, this case was accepted as related to *Uber Technologies, Inc., et al., v. City of New York*, 26-cv-04893, and *Lyft, Inc. v. City of New York*, 26-cv-04931. On July 7, 2026, this Court issued an Order directing that the City file its opposition to the motion for a preliminary injunction no later than July 17, 2026, that Plaintiff's reply, if any, be filed one week later, and that a hearing take place on July 27, 2026. In light of the pending preliminary injunction motion and associated briefing schedule, and as would be consistent with this Court's ruling in the related matters (*see Uber* Doc. No. 21), Defendant respectfully requests that the Court hold in abeyance the deadline for Defendant to respond to Plaintiff's Complaint pending the Court's preliminary injunction ruling and that it direct the parties to meet and confer within seven (7) days of the Court's preliminary injunction ruling and submit a proposed schedule for responsive pleadings.

Thank you for your consideration of this request.

Respectfully submitted,

Taylor Anvid
Assistant Corporation Counsel

Application granted.  Defendant's request to hold in abeyance its answer deadline pending the Court's resolution of the preliminary injunction motion is granted.  Within seven days after any ruling granting or denying in whole or in part the preliminary injunction motion, the parties shall meet and confer and submit a proposed schedule for responsive pleadings.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 16.

SO ORDERED.

Dated:  July 14, 2026
New York, New York

GREGORY N. WOODS
United States District Judge