USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

ROBERT MCGRATH,

Plaintiff,

-v-

CITY OF NEW YORK,

Defendant.

---------------------------------------------------------------- X

1:26-cv-5466-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On July 21, 2026, in related actions brought by Uber and Lyft, the Court preliminarily enjoined the City from enforcing Local Law 52 pending further order of the Court. 1:26-cv-04893-GHW, Dkt. No. 48; 1:26-cv-04931-GHW, Dkt. No. 43. The Court is inclined to stay this action pending the resolution of the related actions. The parties are directed to submit a joint letter to the Court setting forth their respective positions on this issue by no later than 12:00 p.m. on July 24, 2026. The deadline for Plaintiff's reply brief and the July 27, 2026 hearing on Plaintiff's preliminary injunction motion are adjourned *sine die* as the Court considers whether to stay this action.

SO ORDERED.

Dated: July 22, 2026
New York, New York

GREGORY H. WOODS
United States District Judge